■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WHALEY, Appellant. [876 NYS2d 657]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 30, 2007 (*People v Whaley,* 44 AD3d 1079 [2007]), affirming a judgment of the County Court, Suffolk County, rendered August 9, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Spolzino, J.P., Florio, Covello and Angiolillo, JJ., concur.